STATE OF CONNECTICUT *v.* THURLOW CAREY

The state of Connecticut's petition for certification for appeal from the Appellate Court, 30 Conn. App. 346 (AC 8556), is granted, limited to the following issue:

"In the circumstances of this case, did the Appellate Court correctly order a judgment of acquittal of the charge of parole violation?"

The Supreme Court docket number is SC 14751.

*Timothy J. Sugrue,* assistant state's attorney, in support of the petition.

Decided April 22, 1993

STATE OF CONNECTICUT *v.* DWAIN CHARLTON

The defendant's petition for certification for appeal from the Appellate Court, 30 Conn. App. 359 (AC 11028), is denied.

*Francis T. Mandanici,* assistant public defender, in support of the petition.

*James A. Killen,* assistant state's attorney, in opposition.

Decided April 22, 1993

RAYMOND H. FORTIER *v.* NEWINGTON GROUP, INC., ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 30 Conn. App. 505 (AC 11257), is denied.

*Walter A. Twachtman, Jr.,* in support of the petition.

*Kenneth Rosenthal,* in opposition.

Decided April 22, 1993